UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**HUEY JIUAN LIANG,**

    **Plaintiff,**

    v.

**AWG REMARKETING, INC., et al.,**

    **Defendants.**

**Case No. 2:14-cv-00099**
**JUDGE GREGORY L. FROST**
**Magistrate Judge Norah McCann King**

## ORDER

This matter is before the Court for consideration of Third Party Defendant William Greenwald's motion to consolidate this action with the case of *Greenwald v. Holstein*, Case No. 2:15-cv-02451.  (ECF No. 177.)  The Court **GRANTS** the motion.  The Clerk is **DIRECTED** to consolidate the Case No. 2:15-cv-02451 with the above-captioned case (Case No. 2:14-cv-00099).

    **IT IS SO ORDERED**.

    /s/ Gregory L. Frost
    GREGORY L. FROST
    UNITED STATES DISTRICT JUDGE