UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**HUEY JIUAN LIANG,**

      **Plaintiff,**

      v.

**AWG REMARKETING, INC., et al.,**

      **Defendants.**

**Case No. 2:14-cv-00099**
**JUDGE GREGORY L. FROST**
**Magistrate Judge Norah McCann King**

## ORDER

On September 21, 2015, Defendants filed a third amended counterclaim ("Counterclaim"). (ECF No. 242.) The Counterclaim asserts a single claim for abuse of process against Plaintiff Liang.[1] The Counterclaim also drops Defendants' claims against Liang and non-party William Bonnaud, which Defendants asserted in their second amended counterclaim. Bonnaud's pending motion to dismiss Defendants' counterclaims for lack of jurisdiction ("Motion"), therefore, is **MOOT**. The Court also notes that, as a result of its August 18, 2015 Opinion and Order granting summary judgment on Plaintiff's claims (ECF No. 224), Defendants' joint motion for judgment on the pleadings regarding Plaintiff's claim for statutory damages and attorney's fees (ECF No. 165) is also **MOOT**. The Clerk is **DIRECTED** to terminate ECF Nos. 101 and 165 as moot.

      **IT IS SO ORDERED**.

                                        **/s/ Gregory L. Frost**
                                        **GREGORY L. FROST**
                                        **UNITED STATES DISTRICT JUDGE**

---

[1] The docket entry for the third amended counterclaim lists both Bonnaud and Liang as counterclaim defendants, but that entry is incorrect. The third amended counterclaim is asserted against Plaintiff Liang only.